IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>DEVRON D. FRANKLIN,<br><br>                Defendant. | 8:18CR316<br><br>**ORDER** |

      This matter is before the Court on the government's Motion for Dismissal (Filing No. 68) pursuant to Federal Rule of Criminal Procedure 48(a). The government seeks leave to dismiss with prejudice the Superseding Indictment in this case (Filing No. 28) as to defendant Devron D. Franklin. The motion follows the government's request at today's sentencing hearing in Case No. 8:18CR250 that the Court dismiss with prejudice both the Indictment and Superseding Indictment in this case based on Franklin's guilty plea in that case.

      For good cause shown, the government's motion (Filing No. 68) is granted, and this case is dismissed with prejudice as to Devon D. Franklin.

      IT IS SO ORDERED.

      Dated this 3rd day of June 2022.

                                                            BY THE COURT:

                                                            Robert F. Rossiter, Jr.
                                                            Chief United States District Judge